IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RUBEN MEZA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOS PRADOS, INC., d/b/a Carniceria Los Prados; and RODOLFO PRADO, jointly and severally,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-0278-MHC |

## ORDER

This case comes before the Court on Plaintiff's Motion to Approve Settlement and Dismiss Lawsuit with Prejudice [Docs. 13, 14].[1] Plaintiff indicates that Defendants have no objection to the motion. The Court reviewed the Settlement Agreement to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food

---

[1] Plaintiff filed the motion twice, the only difference being that Plaintiff's second filing at Document 14 contains the parties' Settlement Agreement and Release ("Settlement Agreement") [Doc. 14-1] as an exhibit to the motion.

Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement was reached in an adversarial context where both parties had legal representation. Having reviewed the proposed Settlement Agreement, the Court finds it to be a reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act of 1983, as amended, 29 U.S.C. § 201 *et seq.*

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Approve Settlement and Dismiss Lawsuit with Prejudice [Docs. 13, 14] is **GRANTED**. Upon consideration of the unopposed motion, the Court **ORDERS** that the payments of the settlement amount and attorney's fees shall be made as provided in the Settlement Agreement. Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation, including attorney's fees.

It is **FURTHER ORDERED** that all claims in the above-styled action are hereby **DISMISSED** with prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED** this 22nd day of March, 2021.

_____
MARK H. COHEN
United States District Judge